# UNITED STATES DISTRICT COURT
for the
Eastern District of Tennessee

| | |
|---|---|
| Zachary Tyler Martin<br>*Plaintiff*<br>v.<br>Polaris, Inc.<br>*Defendant* | Civil Action No. 3:22-cv-00322-CLC-JEM |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ **the plaintiff** *(name)* _____ recover from the **defendant** *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☑ **the plaintiff recover nothing**, the action be dismissed on the merits, and the defendant *(name)* Polaris, Inc. recover costs from the plaintiff *(name)* Zachary Tyler Martin.

☐ **other:** _____ .

This action was *(check one)*:

☑ tried by a jury with Judge Curtis L. Collier presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☐ decided by Judge _____ on a motion for _____ .

Date: 8/20/2024

CLERK OF COURT

*(signature)*

*Signature of Clerk or Deputy Clerk*